

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 22 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERNON LOUISVILLE,<br>Petitioner,<br>v.<br>GUITERREZ, Warden,<br>Respondent. | Case No. CV 11-05069 AG (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has conducted its de novo review of the file, including the Magistrate Judge's Report and Recommendation ("R&R"). Petitioner has not filed Objections to the R&R despite having been given notice and an opportunity to do so. Further, on November 10, 2011, the Clerk of the Court served copies of the R&R in envelopes that were mailed to all parties at each party's last known address. However, on November 21, 2011, the United States Postal Service returned as undeliverable the envelope mailed to Petitioner's last known prison address. The inmate locator for the Federal Bureau of Prisons ("BOP"), which is available at http://www.bop.gov, also reports Petitioner was released from the BOP's custody on November 9, 2011. In violation of Local Rule 41-6, Petitioner has failed to notify the Court of his current address and telephone number within fifteen days of the

1  date the R&R was served. Accordingly, in addition to finding this action lacks merit
2  for the reasons set forth in the R&R, the action is alternatively subject to dismissal for
3  want of prosecution.
4      IT IS ORDERED that:
5      1.    The Court accepts the findings and recommendation of the R&R.
6      2.    Judgment shall be entered denying the Petition and dismissing this action
7  with prejudice for the reasons in the R&R.
8      3.    All motions are denied as moot and terminated.
9      IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of
10 this Order and the Judgment on all counsel or parties of record.

Dated: DEC 21, 2011

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE