FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 22 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTER / JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| VERNON LOUISVILLE, | Case No. CV 11-05069 AG (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| GUITERREZ, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: DEC 21, 2011

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 22 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY